QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILFREDO MANUEL CRUZ-ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0336 OWW |
| Plaintiff, | STIPULATION TO VACATE MOTIONS CALENDAR/HEARING AND TO BE RESET; SET STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| WILFREDO MANUEL CRUZ-ESPINOZA, | Date: December 5, 2005 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant's counsel of record herein, that the motions calendar and the hearing on said motions set for November 28, 2005 is hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendant's counsel herein, that a Status Conference Hearing be set for **December 5, 2005 at 1:30 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: November 22, 2005    MCGREGOR W. SCOTT
                               United States Attorney

5                              By /s/ Marianne A. Pansa
                               MARIANNE A. PANSA
6                              Assistant U.S. Attorney
                               Attorney for Plaintiff

8  DATED: November 22, 2005    QUIN DENVIR
                               Federal Defender

11                             By /s/ Mark A. Lizárraga
                               MARK A. LIZÁRRAGA
                               Assistant Federal Defender
12                             Attorney for Defendant

13                             **O R D E R**

14  IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15  3161(h)(8)(A) and 3161(h)(B)(iv).

16  DATED: November __23___, 2005

                               /s/ OLIVER W. WANGER
                               _____
                               OLIVER W. WANGER
18                             U.S. District Court Judge for the
                               Eastern District of California

Stipulation to Vacate Motions Calendar/Hearing etc      2